# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL STEBBINS,<br><br>   Plaintiff,<br><br>  v.<br><br>PETROLEUM EQUIPMENT SERVICES d/b/a WILDCO PES<br><br>   Defendant. | Civ. A. No.: 2:21-15117<br>CLOSED |

## DISMISSAL ORDER WITHOUT PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff Michael Stebbins, and Defendant Petroleum Equipment Services, by and through undersigned counsel, to the dismissal without prejudice of the instant matter pursuant to Fed. R. Civ. P. 41(a), and without costs.

Respectfully submitted,

| | |
|---|---|
| SWARTZ SWIDLER, LLC | FREEMAN MATHIS & GARY, LLP |
| /s/ *Matthew D. Miller*<br>Matthew D. Miller, Esq.<br>Manali Arora, Esq.<br>Justin L. Swidler, Esq<br>1101 Kings Highway N., Ste. 402 Cherry Hill, NJ 08034 Telephone: (856) 685-7420<br>Facsimile: (856) 685-7417 *mmiller@swartz-legal.com marora@swartz-legal.com jswidler@swartz-legal.com* | */s/ William W. Cheney*<br>William W. Cheney, Esq.<br>3 Executive Campus, Suite 350<br>Cherry Hill, NJ 08002<br>Telephone: (856) 406-1268<br>*wcheney@fmglaw.com*<br><br>**ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |

**SO ORDERED: 8/30/2022**
**s/Stanley R. Chesler, U. S. D. J.**